IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MILTON EDWARD GRIGGS,** ) | |
| **ID # 25791,** ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:15-CV-2256-D |
| ) | |
| **SHERIFF RANDY MEEKS, et al.,** ) | |
| Defendants. ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the April 18, 2016 findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

Accordingly, plaintiff's request for a restraining order or injunction against the Hunt County Jail, filed September 14, 2015, is denied.

**SO ORDERED**.

May 24, 2016.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE