**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| MILTON EDWARD GRIGGS, ) | |
| ID # 25791, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:15-CV-2256-D |
| ) | |
| SHERIFF RANDY MEEKS, et al., ) | |
|     Defendants. ) | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, this action is dismissed without prejudice by judgment filed today for failure to prosecute or follow court orders.

**SO ORDERED**.

July 21, 2016.

                                          SIDNEY A. FITZWATER
                                          UNITED STATES DISTRICT JUDGE